IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KATHI HERRERA,

            Plaintiff,       Civil No. 07-51 ST

    v.                         JUDGMENT

MICHAEL J. ASTRUE,
Commissioner of Social Security,

            Defendant.

    Based on the record, and the stipulation of the parties, IT IS ORDERED AND ADJUDGED the Commissioner's final decision is REVERSED and REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) in accordance with the stipulation of the parties and the Order for Remand dated February 25, 2008.

    Dated this 26th day of February, 2008.

                                  /s/ Anna J. Brown
                                    Anna J. Brown
                            United States District Judge

1 - JUDGMENT